# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

QUORDALIS V. SANDERS,

    Plaintiff,

v.

SGT. WINTER, LT. SANCHEZ, T. MELLER, T. MOON, BRIAN FOSTER, LT. WESTRA, E. STARK, and OFFICER ALDERDEN,

    Defendants.

Case No. 19-CV-190-JPS

**ORDER**

On March 1, 2019, the Court ordered that Plaintiff pay the full civil filing fee for this case on or before March 11, 2019. (Docket #9). That deadline has long since passed, and the Court has not received payment of the filing fee. Therefore, this case will be dismissed without prejudice. *See* Civil L. R. 41(c). Plaintiff's motion for judgment on the pleadings, (Docket #8), will be denied as moot.

Accordingly,

**IT IS ORDERED** that Plaintiff's motion for judgment on the pleadings (Docket #8) be and the same is hereby **DENIED as moot**; and

**IT IS FURTHER ORDERED** that this action be and the same is hereby **DISMISSED without prejudice**.

The Clerk of the Court is directed to enter judgment accordingly.

Dated at Milwaukee, Wisconsin, this 4th day of April, 2019.

BY THE COURT:

J.P. Stadtmueller
U.S. District Judge